IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **JINJER CANTERBERRY,** by and through her next friend, her father **James Canterberry,** *et a*l., : | |
| Plaintiffs, : | |
| vs. : | Civil Action 13-0332-KD-B |
| **JIM BARNES ENTERPRISES, INC.,** : | |
| Defendant. : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 22, 2013, is **ADOPTED** as the opinion of this Court.

Accordingly, Plaintiff William Milton's claims are dismissed with prejudice for failure to prosecute and failure to obey the orders of this Court.

**DONE** this 26th day of November 2013.


        s/ Kristi K. DuBose
        **KRISTI K.DuBOSE**
        **UNITED STATES DISTRICT JUDGE**